1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   UNITED STATES OF AMERICA,

9                   Plaintiff,                   Case No. MJ25-335

10        v.                                      DETENTION ORDER
                                                  RULE 5 TRANSFER
11  ALVIN ROCHELL MITCHELL,

12                  Defendant.

13

14        Defendant Alvin Rochell Mitchell is charged with conspiracy to distribute 400 grams or

15  more of fentanyl, 21 U.S.C. §§ 841(a)(1), 841(b)(1), 846, in the District of Nebraska. The Court

16  held a detention hearing on June 9, 2025, pursuant to Fed. R. Crim. P. 5(c)(2), (d)(3), and 18

17  U.S.C. § 3142, and based upon the reasons for detention as stated on the record and as hereafter

18  set forth, finds:

19        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

20        1.      The government is entitled to a detention hearing pursuant to 18 U.S.C.

21                § 3142(f)(1), as Mr. Mitchell is charged with an offense with a maximum

22                sentence of life and a maximum term of ten years or more under the CSA.

23        2.      There is a rebuttable presumption of that no condition or combination of

DETENTION ORDER - 1

1  conditions will reasonably assure the appearance of the person as required and the

2  safety of the community pursuant to 18 U.S.C. § 3142(e).

3  3.  Taken as a whole, the record does effectively rebut the presumption that no

4  condition or combination of conditions will reasonably assure the appearance of

5  Mr. Mitchell as required and the safety of the community. Mr. Mitchell has strong

6  community ties and family support.

7  4.  Mr. Mitchell poses a risk of nonappearance due to his prior supervision being

8  revoked for leaving the jurisdiction and being pulled over by law enforcement in

9  Arizona. Mr. Mitchell poses a risk of danger due to his prior convictions for

10  assault and possessing a dangerous weapon and the nature of the instant offense

11  which includes allegations of distribution of Fentanyl. Based on these findings,

12  and for the reasons stated on the record, there does not appear to be any condition

13  or combination of conditions that will reasonably assure Mr. Mitchell's

14  appearance at future court hearings while addressing the danger to other persons

15  or the community, pending his initial appearance in the District of Nebraska.

16  IT IS THEREFORE ORDERED:

17  (1)  Mr. Mitchell shall be detained pending initial appearance in the District of

18  Nebraska and committed to the custody of the Attorney General for confinement

19  in a correction facility separate, to the extent practicable, from persons awaiting or

20  serving sentences or being held in custody pending appeal;

21  (2)  Mr. Mitchell shall be afforded reasonable opportunity for private consultation

22  with counsel;

23

- 2

1  (3)   On order of a court of the United States or on request of an attorney for the

2       government, the person in charge of the corrections facility in which Mr. Mitchell

3       is confined shall deliver Mr. Mitchell to a United States Marshal for the purpose

4       of an appearance in connection with a court proceeding; and

5  (4)   The Clerk shall direct copies of this Order to counsel for the United States, to

6       counsel for Mr. Mitchell, to the United States Marshal, and to the United States

7       Pretrial Services Officer.

8  Dated this 9th day of June, 2025.

9

10                                    _____
                                    MICHELLE L. PETERSON
                                    United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

- 3